```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____          │
│ DATE FILED: 4/2/08      │
└─────────────────────────┘
```

LAW OFFICES
## GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
THE BRONX, NEW YORK 10451
(718) 665-9000
FAX: (718) 665-9147



RECEIVED 1-2008 CHAMBERS OF COLLEEN McMAHON

DAVID J. GOLDSTEIN

BARRY A. WEINSTEIN

**TRANSMITTED BY FACSIMILE**

**MEMO ENDORSED**

April 1, 2008

*4/2/08 Matter adj to 4/25/08 @ 930 AM. Time is Excluded on consent*

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Henry Perdomo
    07 Cr 767 (CM)

Your Honor:

    I respectfully request an adjournment of the Conference currently scheduled for tomorrow, April 2, 2008, at 9:30 a.m.

    The reason I make this request is to enable defense counsel additional time to confer as well as to review the Plea Agreement with Mr. Perdomo. I have spoken to Assistant United States Attorney Avi Weitzman, and he consents to this request. I am requesting that the Court reschedule this matter for any day the week of April 21, 2008. In addition, the parties herein consent to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration herein.

Very truly yours,

*[signature]*
BARRY A. WEINSTEIN

BAW/yb

cc: AUSA Avi Weitzman
    By facsimile - 212-637-2527